USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ANGIE JOAN MANOLIS,                 :

                Plaintiff,   :   11 Civ. 2750 (RMB)(HBP)

   -against-                      :   OPINION
                                        AND ORDER
DANIEL BRECHER,                     :

                Defendant.   :

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        By letter dated August 2, 2013, plaintiff requests a pre-motion conference to address certain discovery disputes. This application is denied; the discovery disputes were addressed in my opinion and order dated August 9, 2013 and are now moot.

        By letter dated August 13, 2013, defendant seeks leave to serve and file a motion for summary judgment. This application is granted. Defendant is directed to serve and file his motion for summary judgment no later than September 30, 2013.

Dated:  New York, New York
       August 15, 2013

                                    SO ORDERED

                                    HENRY PITMAN
                                    United States Magistrate Judge

Copies transmitted to:

Angie J. Manolis, Esq.
Laskareos 48 & Charilau Trikoupi
Attica, Athens
Greece, 11472

Robert J. Bergson, Esq.
Abrams Garfinkel Margolis Bergson, LLP
17th Floor
1430 Broadway
New York, New York  10018